UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KAREN L. MOWER,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. C10-5723 RJB

ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 18. The Magistrate Judge recommends that the Defendant's decision to deny benefits should be reversed and this matter should be remanded for further administrative proceedings. No objections have been filed to the Report and Recommendation.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation;

(2)    The ALJ erred in her decision as described in the Report and Recommendation;

ORDER - 1

(3) The matter is therefore **REVERSED and REMANDED** to the Commissioner for further administrative proceedings; and

(4) The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 11th day of October, 2011.

ROBERT J. BRYAN
United States District Judge

ORDER - 2